IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN D. CLEARE,

      Appellant,

v.

MENZIES AVIATION INC./
GALLAGHER BASSETT
SVCS., INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1924

Opinion filed February 13, 2015.

An appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident: March 9, 2008.

Richard A. Sicking of Touby, Chait & Sicking, P.L., Coral Gables, for Appellant.

Eduardo E. Neret and Javier A. Finlay of Neret & Finlay, LLC, Miami, for
Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.